# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 2351 Disciplinary Docket No. 3 |
| Petitioner | : No. 24 DB 2017 |
| v. | : Attorney Registration No. 91152 |
| JESSE J. WHITE, | : (Washington County) |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of June, 2017, upon consideration of the Verified Statement of Resignation, Jesse J. White is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, *see* Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).